No. 75–382. FEDERAL ENERGY ADMINISTRATION ET AL. *v.* ALGONQUIN SNG, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 923.] Motion of respondents for additional time for oral argument denied. Alternative request for divided argument granted. Motion of McClure & Trotter for leave to file a brief as *amicus curiae* granted.

No. 75–844. SUSENKEWA ET AL. *v.* KLEPPE, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–877. ALONSO *v.* CALIFORNIA DEPARTMENT OF HUMAN RESOURCES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–878. ACCU-NAMICS, INC. *v.* USERY, SECRETARY OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–897. ENSLIN *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 75–902. MITCHELL ET AL. *v.* HONGISTO, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 75–961. GENTILE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–964. SENECA-CAYUGA TRIBE OF OKLAHOMA ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.